# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00060-AN |
| v. | SECOND SUPERSEDING INFORMATION |
| RAFAEL MORA CONTRERAS, CRISTINA ECHEVERRIA, NATHALIE CLAIRE BUCHANAN, CHARLES OTTIS JOHNSON, MARIANO PEREZ-SANCHEZ, and DAGOBERTO AYALA-LOPEZ, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846 18 U.S.C. § 2 |
| | Forfeiture Allegation |
| Defendants. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846)**

Beginning on a date unknown and continuing until on or about February 17, 2026, in the District of Oregon, defendants **RAFAEL MORA CONTRERAS**, **CRISTINA ECHEVERRIA, NATHALIE CLAIRE BUCHANAN, CHARLES OTTIS JOHNSON, MARIANO PEREZ-SANCHEZ,  DAGOBERTO AYALA-LOPEZ,** and other unnamed conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons whose identities are known and unknown to commit the following objects in violation of Title 21, United States Code, Section 846:

**Second Superseding Information**                                                       **Page 1**

**Objects of the Conspiracy**

**A.** <u>**Possession with Intent to Distribute Methamphetamine**</u>:  The conspirators agreed to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

**B.** <u>**Distribution of Methamphetamine**</u>:  The conspirators agreed to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

**C.** <u>**Possession with Intent to Distribute Cocaine**</u>: The conspirators agreed to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

**D.** <u>**Distribution of Cocaine**</u>: The conspirators agreed to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii).

**Manner and Means**

It was part of this conspiracy for defendants and others to store, transport, and conceal controlled substances.

It was part of this conspiracy for defendants and others to utilize telephones and cellular telephones to further the possession and distribution of controlled substances, and to use coded language to communicate with each other in the course of the conspiracy.

**Second Superseding Information**                                                       **Page 2**

It was part of this conspiracy for defendants and others to process, store, weigh, and package-controlled substances for distribution.

It was part of this conspiracy to use and maintain motor vehicles to transport controlled substances, money, co-conspirators, to facilitate drug transactions, and employ counter-surveillance methods while driving or during the conduct of transactions, in the course of possessing with intent to distribute and distributing controlled substances.

In furtherance of this conspiracy, and to effect and accomplish its objectives, the defendants and other co-conspirators committed one or more of the following overt acts:

### Overt Acts

All factual allegations set forth in Count 2 through Count 7 of this Second Superseding Information are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy alleged in Count 1.

### COUNT 2
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)**

On or about February 17, 2026, in the District of Oregon, defendants **RAFAEL MORA CONTRERAS**, **CRISTINA ECHEVERRIA**, and **MARIANO PEREZ-SANCHEZ** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

/ / / /

/ / / /

**Second Superseding Information**                                          **Page 3**

## COUNT 3
### (Possession with Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) and 18 U.S.C. § 2)

On or about February 17, 2026, in the District of Oregon, defendants **RAFAEL MORA CONTRERAS**, **CRISTINA ECHEVERRIA**, and **MARIANO PEREZ-SANCHEZ,** did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## COUNT 4
### (Distribution and Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about January 29, 2026, in the District of Oregon, defendants **NATHALIE CLAIRE BUCHANAN, CHARLES OTTIS JOHNSON, CRISTINA ECHEVERRIA** and **MARIANO PEREZ-SANCHEZ**, did knowingly and intentionally distribute and/or possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 5
### (Distribution and Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about February 11, 2026, in the District of Oregon, defendants **NATHALIE CLAIRE BUCHANAN, CHARLES OTTIS JOHNSON**, **CRISTINA ECHEVERRIA** and **MARIANO PEREZ-SANCHEZ**, did knowingly and intentionally distribute and/or possess

**Second Superseding Information**                                    **Page 4**

with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 6
### (Distribution of Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))

On or about April 6, 2026, in the District of Oregon, defendant **MARIANO PEREZ-SANCHEZ**, did knowingly and intentionally distribute and/or possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 7
### (Possession with Intent to Distribute Methamphetamine)
### (21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)

On or about April 21, 2026, in the District of Oregon, defendants **MARIANO PEREZ-SANCHEZ** and **DAGOBERTO AYALA-LOPEZ**, did knowingly and intentionally distribute and/or possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1-7, defendants **RAFAEL MORA CONTRERAS**, **CRISTINA ECHEVERRIA**, **NATHALIE CLAIRE BUCHANAN**, **CHARLES OTTIS JOHNSON**, **MARIANO PEREZ-SANCHEZ** and **DAGOBERTO**

**AYALA-LOPEZ** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: April 29, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney